IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MISTIE CLARK and TARA BROWN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PONY TAIL, INC. d/b/a Onyx, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action File No. <br> 1:16-CV-01396-WBH |

## ORDER APPROVING FLSA SETTLEMENT

The undersigned, having reviewed the parties' Joint Motion to Approve FLSA Settlement, hereby finds that the Motion should be, and is hereby, **GRANTED**, and the settlement is **APPROVED**. This case shall remain administratively closed. Plaintiff shall file a dismissal of this action with prejudice after receiving the final payment from Defendant, as set forth in the parties' Agreement.

This 22 day of November, 2016.

_____
WILLIS B. HUNT
United States District Judge